**Ashish JAIN, Petitioner/Appellant,**

v.

**DIRECTOR OF REVENUE,**
**Defendant/Respondent.**

**No. ED 81886.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 24, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 21, 2003.

Application for Transfer Denied
Sept. 30, 2003.

Robert S. Adler, Law Office of Robert S.
Adler, P.C., St. Louis, MO, for appellant.

Emily Rushing Kelly, Assistant Attorney General, St. Louis, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY
M. GAERTNER, SR. and KATHIANNE
KNAUP CRANE, JJ.

*ORDER*

PER CURIAM.

Petitioner, Ashish Jain, appeals from an adverse judgment on his Petition for Review of License Revocation. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).